In the Matter of LEO NITSHKE, Appellant and Respondent, against PAUL J. KERN et al., Constituting the Municipal Civil Service Commission of the City of New York, et al., Respondents and Appellants.

Argued October 4, 1938; decided October 18, 1938.

**728**

*Roy P. Monahan* and *Francis L. Field* for petitioner, appellant and respondent.

*William C. Chanler, Corporation Counsel (Samuel J. Silverman* and *Charles E. Hirsimaki* of counsel), for defendants, respondents and appellants.

Order affirmed, without costs; no opinion.

Concur: CRANE, Ch. J., O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: LEHMAN, J.